ANDRÉS MENA LATORRE, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE CAGUAS, recurrido.

Número 1340.

*Sometido:* 9 de octubre de 1958. *Resuelto:* 23 de octubre de 1958.

*Andrés Mena Latorre, pro se;* la Registradora recurrida no compareció.

PER CURIAM: El recurrente sólo alega que fue el notario autorizante del documento público envuelto en este caso.  Ya hemos resuelto que, de conformidad con el art. 6 de la Ley Hipotecaria (30 L.P.R.A. sec. 31), los notarios autorizantes de documentos públicos no son partes interesadas que puedan solicitar la inscripción de los mismos y que carecen de personalidad para interponer un recurso gubernativo contra las calificaciones que hiciere el registrador respecto a los documentos ante ellos otorgados. *Más* v. *Registrador*, 16 D.P.R. 9 (1910) y *Roig* v. *Registrador*, 18 D.P.R. 11 (1912).

En ausencia de alegación de hechos de los cuales surja la conclusión del interés del recurrente, bien sea por derecho propio o como presentante que tenga la representa-

784

ción legítima de una parte interesada, es preciso desestimar por falta de jurisdicción el presente recurso gubernativo. Dicha alegación es esencial y debe hacerse dentro del término de veinte días para interponer el recurso. Véanse las secs. 2 y 3 de la Ley de Marzo 1º de 1902, 30 L.P.R.A. secs. 1772 y 1773. Cf. *Hernández* v. *Registrador*, 29 D.P.R. 64 (1921).

*El recurso gubernativo será desestimado.*